■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROMAIN HECTOR, Also Known as HECTOR ROMAN, Appellant.

[670 NYS2d 764] —Judgment, Supreme Court, New York County (Thomas Galligan, J.), rendered June 20, 1994, convicting defendant, after a jury trial, of two counts of robbery in the second degree, and sentencing him to concurrent terms of 2 to 6 years, unanimously affirmed.

Since defendant's offer of proof failed to establish the relevance of the witness's prospective testimony, the court's refusal to permit defendant to call the witness was proper (*People v Arroyo*, 77 NY2d 947, 948). To the extent that the proffered testimony may have corroborated defendant's own testimony, it did so only as to collateral matters (*People v Perez*, 236 AD2d 298, *lv denied* 89 NY2d 1039). In any event, any error in precluding such testimony was harmless given that the testimony could not have affected the verdict. Concur—Sullivan, J. P., Milonas, Rubin and Tom, JJ.